

**MEMO ENDORSED**

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

January 8, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/9/2020
```

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Kraiem v. Equifax Information Services, LLC*, 1:19-cv-11006-VEC

Dear Judge Caproni:

We represent plaintiff Zev Kraiem ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Friday, January 17, 2020 at 10:00 a.m. as the undersigned will be out of the country from January 16 through January 24. Defendants have consented to Plaintiff's adjournment request and this is the parties' first request for an adjournment. Plaintiff respectfully proposes that the Court reschedule the conference to either: (i) February 11, 2020; (ii) February 18, 2020; or (iii) February 25, 2020.

Thank you for your time and consideration of the above request.

Respectfully submitted,
 */s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

Application GRANTED. The conference scheduled for January 17, 2020, is ADJOURNED to **January 31, 2020, at 10:00 a.m.** The parties' preconference letter is due no later than **January 23, 2020**.

SO ORDERED.

*[signature]*
1/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE