UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
                                                               :
   ZEV KRAIEM,                                                 :
                                                               :
                                    Plaintiff,                 :
                                                               :
                  -against-                                    :
                                                               :
                                                               :
   EQUIFAX INFORMATION SERVICES,                               :
   LLC, AMERICAN EXPRESS CO.,                                  :
   CITIBANK, N.A., DISCOVER BANK, and                          :
   SYNCHRONY BANK,                                             :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

19-cv-11006 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before this Court for an initial pretrial conference on January 31, 2020;

IT IS HEREBY ORDERED that Defendants Discover Bank and Citibank, N.A. must answer or otherwise respond to the Complaint no later than **February 14, 2020**.

IT IS FURTHER ORDERED that Discover Bank's and Citibank, N.A.'s motions to compel arbitration are due no later than **March 5, 2020**. Plaintiff's responses are due no later than **March 26, 2020**, and Defendants' replies, if any, are due no later than **April 2, 2020**.

IT IS FURTHER ORDERED that discovery is stayed pending resolution of the motions to compel arbitration.

**SO ORDERED.**

**Date: January 31, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**