USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
ZEV KRAIEM, :
:
Plaintiff, :
: 19-cv-11006 (VEC)
-against- :
: ORDER
:
EQUIFAX INFORMATION SERVICES, :
LLC, AMERICAN EXPRESS CO., :
CITIBANK, N.A., DISCOVER BANK, and :
SYNCHRONY BANK, :
:
Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 26, 2019, the Court so ordered the stipulation in which Plaintiff agreed to arbitrate all claims against Defendant American Express pursuant to the written agreement to arbitrate between Plaintiff and American Express (Dkt. 16);

WHEREAS all proceedings in this matter as to American Express have been stayed since the Court's December 26, 2019, order;

WHEREAS on March 27, 2020, the Court so ordered the stipulation in which Plaintiff agreed to arbitrate all claims against Defendant Discover pursuant to the written agreement to arbitrate between Plaintiff and Discover (Dkt. 42);

WHEREAS all proceedings in this matter as to Discover have been stayed since the Court's March 27, 2020, order pending completion of arbitration;

WHEREAS the Court has not received any update on the status of Plaintiff's arbitration with American Express or with Discover; and

WHEREAS Plaintiff stipulated to the dismissal of all other Defendants in this matter;

IT IS HEREBY ORDERED that Plaintiff and Defendant American Express must submit to the Court a joint update on the status of arbitration no later than **October 1, 2020**.  Thereafter, Plaintiff and American Express must file bi-monthly status updates on arbitration, to be filed on the first of the month, or if the first of the month is a weekend or a holiday, the first business day thereafter.

IT IS FURTHER ORDERED that Plaintiff and Defendant Discovery must submit to the Court a joint update on the status of arbitration no later than **October 1, 2020**.  Thereafter, Plaintiff and Discover must file bi-monthly status updates on arbitration, to be filed on the first of the month, or if the first of the month is a weekend or a holiday, the first business day thereafter.

**SO ORDERED.**

Date:  September 16, 2020
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**